UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL ESMELIN PINEDA ROBLES, | |
| Petitioner, | **ORDER** |
| - against - | 18 Civ. 11551 (PGG) |
| Matthew Whitaker, Acting United States Attorney, et al., | |
| Respondents. | |

PAUL G. GARDEPHE, U.S.D.J.:

      The petition in this action was dismissed as moot on June 19, 2019.  (Dkt. No. 12)  The Clerk of Court is respectfully requested to close the case.

sDated:    New York, New York
        July 1, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge